# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HOWARD JARVIS TAXPAYERS ASSOCIATION, et al., <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF SAN JOSE, <br><br>Defendant. | Case No. 22-cv-02365-BLF <br><br>**ORDER VACATING AUGUST 18, 2022 CASE MANAGEMENT CONFERENCE** |

The Court hereby VACATES the case management conference scheduled for August 18, 2022 at 11:00 A.M. The case management conference will be rescheduled upon issuance of a subsequent consolidation order.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____
BETH LABSON FREEMAN
United States District Judge